UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER JANKO

VERSUS

THE FRESH MARKET, INC.,
ABC INSURANCE COMPANY,
AND JANE DOE

CIVIL ACTION

NO. 13-648-SDD-RLB

**RULING**

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 29, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's *Motion to File Amendment and Incorporated Motion to Remand*[3] is DENIED.

Baton Rouge, Louisiana the 27 day of June, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 5.
[3] Rec. Doc. 3.